# AFFIDAVIT OF SERVICE

**INDEX #:** 24-07027-JLG
**DATE FILED:** 8/19/2024
**ATTORNEY:** SEWARD & KISSEL LLP
ONE BATTERY PARK PLAZA NEW YORK NY 10004 (212)574-1200

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK

**IN RE: ENDO INTERNATIONAL PLC**
**MATTHEW DUNDON, TRUSTEE OF THE ENDO GUC TRUST**
Plaintiff(s)
- against -
**MCKINSEY & COMPANY, INC.**
**MCKINSEY & COMPANY, INC. UNITED STATES**
Defendant(s)

**STATE OF NEW YORK:**
**COUNTY OF ALBANY:    ss:**

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **08/20/2024, 02:42PM** at **80 STATE STREET, 10TH FLOOR, ALBANY, NEW YORK 12207**, deponent served a **ATTORNEY LETTER DATED AUGUST 19, 2024, SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING, REDACTED VERSION OF THE COMPLAINT AND UNREDACTED, CONFIDENTIAL VERSION OF THE COMPLAINT** upon **MCKINSEY & COMPANY, INC. , BY SERVICE UPON CORPORATION SERVICE COMPANY AS REGISTERED AGENT**, a defendant in the above captioned matter.

By delivering to and leaving a true copy of the above described papers thereof personally with **the corporation**, Registered Agent, who indicated that he was authorized to accept service of process on behalf of **MCKINSEY & COMPANY, INC.**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex **M**    Approximate age **37**    Approximate height **6'02"**    Approximate weight **200**    Color of skin **WHITE**    Color of hair **BROWN**

Sworn to before me on 08/20/2024
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

X _____
STEF MARIE

**SERVING BY IRVING INC.**
18 EAST 41 STREET SUITE #1600 NEW YORK, NY 10017 (212)233-3346