UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:                                                            :
                                                                  :
ENDO INTERNATIONAL PLC, *et al.*,[1]                              :
                                                                  :    Chapter 11
                Debtors.                                       :    Case No. 22-22549 (JLG)
------------------------------------------------------------      :    (Jointly Administered)
MATTHEW DUNDON, TRUSTEE OF THE ENDO                               :
GUC TRUST,                                                        :
Plaintiff,                                                        :
                v.                                             :    Adv. Pro. No. 24-07027 (JLG)
                                                                  :
MCKINSEY & COMPANY, INC. AND MCKINSEY                             :    **STIPULATION EXTENDING**
& COMPANY INC. UNITED STATES,                                     :    **TIME TO RESPOND**
                                                                  :
                Defendants                                     :
                                                                  :
------------------------------------------------------------------x

      WHEREAS, Defendants McKinsey & Company, Inc. and McKinsey & Company Inc. United States ("Defendants") were served with Plaintiff Matthew Dundon, Trustee of the Endo GUC Trust's ("Plaintiff") Summons and Complaint on August 20, 2024;

      WHEREAS, based on that date of service, Defendants' responsive pleading would be due on September 18, 2024;

      WHEREAS, Defendants conferred with Plaintiff's counsel and it is agreed that Defendants shall have an extension to file a responsive pleading, up to and including October 21, 2024.

      NOW, THEN, IT IS HEREBY STIPULATED AND AGREED, that Defendants shall file a responsive pleading on or before October 21, 2024.

---

[1] The last four digits of Endo International plc's tax identification number are 3755. Due to the large number of Debtors in the chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Endo.

1

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed electronically and/or in counterparts, and a copy bearing original and/or electronic signatures shall be treated and deemed for all purposes as an original hereof.

Dated: September 17, 2024
New York, New York

By: */s/ Mark D. Kotwick*
Mark D. Kotwick, Esq.
John R. Ashmead, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Tel: (212) 574-1200

*Attorneys for Plaintiff Matthew Dundon, Trustee of the Endo GUC Trust*

By: */s/ James L. Bernard*
James L. Bernard, Esq.
Elizabeth C. Milburn, Esq.
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Tel: (212) 918-3000

By: */s/ Mark David McPherson*
Mark David McPherson, Esq.
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

*Attorneys for Defendants McKinsey & Company, Inc. and McKinsey & Company Inc. United States*

2