SEWARD & KISSEL LLP
John R. Ashmead
Mark D. Kotwick
Laura E. Miller
Andrew J. Matott
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
(212) 574-1200

*Attorneys for Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ENDO INTERNATIONAL PLC, *et al.*, | Case No. 22-22549 (JLG) |
| Debtors. | (Jointly Administered) |
| MATTHEW DUNDON, TRUSTEE OF THE ENDO GUC TRUST, | Adv. Pro. No. 24-07027 (JLG) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| MCKINSEY & COMPANY, INC. AND MCKINSEY & COMPANY, INC. UNITED STATES, | |
| Defendants. | |

Undersigned counsel hereby certifies that on Tuesday, September 24, 2024, the *MOTION OF MATTHEW DUNDON, TRUSTEE OF THE ENDO GUC TRUST, TO UNSEAL THE COMPLAINT* was e-filed and served by CM/ECF on all parties involved in this action.

1

Dated: September 24, 2024

                        SEWARD & KISSEL LLP

                        By:    */s/ John R. Ashmead*
                        John R. Ashmead
                        Mark D. Kotwick
                        Laura E. Miller
                        Andrew J. Matott
                        Seward & Kissel LLP
                        One Battery Park Plaza
                        New York, NY 10004
                        (212) 574-1200
                        Email: ashmead@sewkis.com
                                     kotwick@sewkis.com
                                     millerl@sewkis.com
                                     matott@sewkis.com

                        *Attorneys for Plaintiff*
                        *Matthew Dundon, Trustee of*
                        *the Endo GUC Trust*