**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ENDO INTERNATIONAL PLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-22549 (DSJ)<br><br>(Jointly Administered) |
| MATTHEW DUNDON, TRUSTEE OF THE ENDO GUC TRUST,<br><br>Plaintiff,<br><br>v.<br><br>MCKINSEY & COMPANY, INC. AND MCKINSEY & COMPANY, INC. UNITED STATES,<br><br>Defendants. | Adv. Pro. No. 24-07027 (DSJ) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Southern District of New York has scheduled the following conference in the above-captioned case:

- October 14, 2026 at 2:00 p.m. (Prevailing Eastern Time)

The conference will address the parties' pre-motion letters concerning outstanding discovery disputes, to be filed on October 6 and October 8, 2026.

**PLEASE TAKE FURTHER NOTICE** that the conference will be before the Honorable David S. Jones, United States Bankruptcy Judge through Zoom for Government. See Judge Jones' chambers page on the Court's website for information on how to make an eCourt Appearance and

the link to do so: https://www.nysb.uscourts.gov/content/judge-david-s-jones; there is a tab for "Zoom Hearings" with information about how to connect by Zoom® and a tab for "eCourt Appearances" with the link to register for any hearing or status conference: https://www.nysb.uscourts.gov/ecourt-appearances.

Dated: October 2, 2026
New York, New York

By: */s/ Mark D. Kotwick*
Mark D. Kotwick
John R. Ashmead
Laura E. Miller
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
(212) 574-1200
Email: kotwick@sewkis.com
ashmead@sewkis.com
millerl@sewkis.com

*Attorneys for Plaintiff Matthew Dundon, Trustee of the Endo GUC Trust*

SK 038844 0001 15104835 v1